IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                              PLAINTIFF
ADC #100985

v.                                      No. 3:15-cv-300-DPM

DONALD OAKES, Chief of Police, West
Memphis, Arkansas; CHRISTOPHER
JOHNSON, #281, Reporting Officer;
JOHNSON "John Doe," Assisting Officer;
JAMES PRESLEY, Approving Officer                                          DEFENDANTS

ORDER

1. Wells lists a new address on his most recent motion. № 13. The Court directs the Clerk to update Wells's address on the docket sheet.

2. Motion for copies, № 13, granted. The Court directs the Clerk to send Wells a copy of each document filed in this case and a copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2016