IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                              PLAINTIFF
ADC #100985

v.                              No. 3:15-cv-300-DPM

DONALD OAKES, Chief of Police, West
Memphis, Arkansas; CHRISTOPHER
JOHNSON, #281, Reporting Officer;
JOHNSON, "John Doe," Assisting Officer; and
JAMES PRESLEY, Approving Officer, all in their
Individual and Official Capacities                                      DEFENDANTS

ORDER

1. Motion, № 24, granted. The Court directs the Clerk to update the docket to reflect that the John Doe Defendant is Eric Arness Johnson.

2. The Court already screened Wells's complaint and concluded that it states a Fourth Amendment claim for unlawful arrest, search, and seizure. № 6. That conclusion applies equally to Eric Johnson. The Court therefore directs the Clerk prepare a summons for Johnson. The United States Marshal must serve the complaint, summons, the Court's 18 October 2015 Order, and this Order on Johnson without prepayment of fees and costs or security.

3. It's not clear whether the address Wells provided for Johnson is a home or work address. The Court therefore directs the Clerk to redact the

address from Wells's motion on the public docket, № 24, and to place an unredacted copy of the motion under seal.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2016