IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                PLAINTIFF
ADC #100985

v.                          No. 3:15-cv-300-DPM-JTK

DONALD OAKES, Chief of Police, West
Memphis, Arkansas; CHRISTOPHER
JOHNSON, #281, Reporting Officer;
ERIC ARNESS JOHNSON, Assisting Officer; and
JAMES PRESLEY, Approving Officer, all in their
Individual and Official Capacities                                   DEFENDANTS

## ORDER

If a trial is needed in this case, this Court will hold it on 17 July 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2016