**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIE WELLS,                                                                                           PLAINTIFF
ADC #100985

v.                                          3:15CV00300-DPM-JTK

DONALD OAKES, et al.                                                                          DEFENDANTS

## ORDER

Plaintiff's Motion to Amend, which this Court construes as a Motion to Supplement his Complaint (Doc. No. 26), is GRANTED. The Clerk shall docket entry number 26 as a Supplement to Plaintiff's Complaint.

The Court will give the parties three months to *complete* discovery and four months (30 days after the close of discovery) to file any dispositive motions.[1] Therefore, the parties shall complete discovery on or before **October 22, 2016,** and file any dispositive motions on or before **November 22, 2016**.

IT IS SO ORDERED this 22nd day of June, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline