IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                    PLAINTIFF
ADC #100985

v.                          No. 3:15-cv-300-DPM-JTK

DONALD OAKES, Chief of Police, West
Memphis, Arkansas; CHRISTOPHER
JOHNSON, #281, Reporting Officer;
ERIC ARNESS JOHNSON, Assisting Officer; and
JAMES PRESLEY, Approving Officer, all in their
Individual and Official Capacities                            DEFENDANTS

ORDER

To better manage the Court's Docket, the trial (if one is needed) will be held on 31 July 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2016