# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIE WELLS,                                                                                   PLAINTIFF
ADC #100985

v.                                            3:15CV00300-DPM-JTK

DONALD OAKES, et al.                                                                         DEFENDANTS

## ORDER

Prior to ruling on Defendants' Motion for Summary Judgment (Doc. No. 42), the Court would like Defendants to supplement their Motion concerning Plaintiff's claim, in the Supplement to his Complaint (Doc. No. 38), that he was unlawfully incarcerated for 183 days based on charges which ultimately were dismissed. Defendants' supplemental brief should include any evidence and affidavits relevant to this allegation, and should be filed within fifteen days of the date of this Order. Plaintiff may file a supplemental response within ten days thereafter.

IT IS SO ORDERED this 5th day of January, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE